**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Martin CASTILLO, Defendant–Appellant.**

**No. 05–51351
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 24, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, for Plaintiff–Appellee.

Celeste Marie Ramirez, San Antonio, TX, for Defendant–Appellant.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Martin Castillo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Castillo has filed a response. Our independent review of counsel's brief, the response, and the record discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.